IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> SIMBAKI, LTD. d/b/a Berryhill Baja Grill & Cantina, <br>     Defendant. | § § § § § § § § § § | CIVIL ACTION NO. H-12-0221 |
| LAURA BAATZ and KIMBERLY KULIG, <br>     Intervenor Plaintiffs, <br><br> v. <br><br> PHILIP J. WATTEL, *et al.*, <br>     Intervenor Defendants. | § § § § § § § § § | |

## **ORDER**

This case is before the Court on the Unopposed Motion for Trial Continuance [Doc. # 121] filed by Defendants Philip J. Wattel, Simbaki, Ltd., and Simbaki-I, Inc. All claims against Defendant Berryhill Hot Tamales Corporation have previously been dismissed with prejudice and Rule 54(b) final judgment has been entered on those dismissed claims. It is hereby

**ORDERED** that the Motion for Continuance [Doc. # 121] is **GRANTED** and this case as against Defendants Philip J. Wattel, Simbaki, Ltd., and Simbaki-I, Inc. is **STAYED AND ADMINISTRATIVELY CLOSED**.  It is further

**ORDERED** that the parties shall file a joint status report on **August 30, 2013**, and every sixty (60) days thereafter until such time as the case is reinstated on the Court's active docket.  Any party may file at any time a written motion seeking reinstatement.

SIGNED at Houston, Texas, this **26th** day of **June, 2013**.

_____
Nancy F. Atlas
United States District Judge